AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
05/04/17
Clerk, U.S. District Court
Western District of Texas

by: D. Muniz
Deputy

USA §
  § CRIMINAL COMPLAINT
vs. § CASE NUMBER: PE:17-M -00693(1) -
  §
(1) Gustavo Herrera-Cuevas §

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 02, 2017** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, did enter and or was found in the United States after having been previously arrested and deported, removed, excluded or denied admission from the United States, subsequent to a conviction of a felony, and permission to reapply for admission was not granted by the Secretary of Homeland Security; the Defendant failed to establish that he was not required to obtain the consent of the Secretary of Homeland Security or the Attorney General prior to entering the United States pursuant to 6 USC section 202(3), 202(4) and 557,

in violation of Title **8** United States Code, Section(s) **1326(b)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:   *"The Defendant, Gustavo HERRERA-Cuevas, was arrested by Presidio Border Patrol Agents, on May 2, 2017 for being an alien illegally present in the*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Arellano Jr, Lorenzo
Border Patrol Agent

May 04, 2017                               at   PECOS, Texas
Date                                                 City and State

DAVID FANNIN
U.S. MAGISTRATE JUDGE                      Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:17-M -00693(1)

WESTERN DISTRICT OF TEXAS

(1) Gustavo Herrera-Cuevas

FACTS   (CONTINUED)

United States. Investigation and records of the U.S. Citizenship and Immigration Services reveal the Defendant was previously deported, removed or excluded from the United States on August 10, 2010 through Harlingen, Texas. The Defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security to re-apply for admission after being deported, removed or excluded. The Defendant is unlawfully present in the United States. Defendant is a national and citizen of Mexico.


IMMIGRATION HISTORY:
HERRERA-CUEVAS, GUSTAVO has the following Immigration History. Deported- 4X, the last occurring on 08/10/2010, through HARLINGEN, TX. VR- 2X, the last occurring on 06/26/2002,through FABENS, TX.

CRIMINAL HISTORY:
HERRERA-CUEVAS, GUSTAVO has the following known Criminal History. On December 29, 2008, in El Paso, TX, the HERRERA-CUEVAS, GUSTAVO was Convicted of 8 USC 1326(a)(1)(F) and sentenced to 90 days & 1 year Supervised Relese . On October 1, 2009, in Tucson, AZ, the HERRERA-CUEVAS, GUSTAVO was Convicted of 8 USC1326(b)(1)(F) and sentenced to 6 Months.